MEMORANDUM OPINION




No. 04-06-00721-CV



Francisco C. RUGAMA, M.D.,


Appellant



v.



Maria Guadalupe ESCOBAR, Individually and as Personal Representative


of the Estate of Jesus Escobar, Deceased, and as Next Friend of Jesus Escobar, Jr.


and Emmanuel Antonio Escobar, Minor Children, et al.,


Appellees



From the 381st Judicial District Court, Starr County, Texas


Trial Court No. DC-04-143


Honorable Robert C. Pate, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: June 27, 2007


JOINT MOTION TO DISMISS GRANTED; DISMISSED

 The parties filed a joint motion to dismiss this appeal. We grant the motion. See Tex. R. App.
P. 42.1(a)(2). Costs of appeal are taxed against the party who incurred them.


 PER CURIAM